**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **Misty Rabah,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **12-5071-CV-SW-JTM** |
| **Carolyn W. Colvin,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# O R D E R

On September 4, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed November 29, 2012, [Doc. 8] and the *Brief For Defendant*, filed March 13, 2013, [Doc. 13].   After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


                                    */s/ John T. Maughmer*
                              **JOHN T. MAUGHMER**
                              **U. S. MAGISTRATE JUDGE**